


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



Devontae Honey

_____

_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Chicago IL

Cook County

Chicago Police department

Eddie Simmons

_____

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

1:18-cv-05861
Judge Sara L. Ellis
Magistrate Judge M. David Weisman
PC-5

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

   A. Name: Devontae Honey

   B. List all aliases: _____

   C. Prisoner identification number: Y26154

   D. Place of present confinement: Sheridan Correctional Center

   E. Address: 4017 E 2603 Rd.

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Chicago Police Department

      Title: _____

      Place of Employment: Chicago Police Department

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Devontae Honey was Arrested on Dec. 4 2016. for a violation of an order of Protection. at Holy cross Hospital During the arrest i would not let the officers Put the cuffs on me. Once they realized they couldn't get the cuffs on me one of the officers. Stepped back and drew his tazer To Subdue me until a white male who worked in the hospital. Jumped between Me and the 4 arresting officers and yelled do not Taze him I can Subdue him. He then turned to me and asked me to calm down and that he wouldn't let them hurt me. so i did what he asked me And i let the officers cuff me up. I Put my hands behind my Back The cuffs were so tight my circulation was cut off. they were cut and Bruised Bleeding also. once the officers got me outside. The black male officer Grabbed my head upon Placing me in the car. And bounced it off the frame of the door which cut the upper right side of my head causing me to bleed. He then threw me In the car on my Back and took ~~once in the car I devontae Honey Stated to officers that i was dizzy~~ my right shoe off. I asked him what was he doing takin my shoe off It was like he snapped for a second. Then he sat me up in the backseat and slammed the door. I told the officers in the car I was dizzy no one knew that my head was Bleeding until they got me in the station and locked me to the wall. A white shirt came and asked what was wrong with my head that's when I touched my face and seen The blood on my hand, They asked if i wanted to go to the hospital I Said yes

4                                                                Revised 9/2007

I was then transported via Ambulance to Jackson Park Hospital and medical center. Where i was treated for A head laceration to the right side of My head. My scalp was cut I received relief on my wrist they were swolen Bleeding and Bruised I was given a Cat scan. I Received 4 staples to my Cut scalp And a Prescription for Ibuprofen with strict Instructions That i never got. Since December 4, 2016. I Have Been Diagnosed With Intermitted chronic headaches on April 26, 2017 By a Cook County Jail Doctor. The whole time i was locked up In Cook County Jail i took tylenol, advil, and Ibuprofen for Severe headaches. Which i still have today specifically random Pains on the right side of My head. The most Previous follow up on My Painful headaches. were on 6/11/17 At Sheridan correctional center I was given Acetaminophen as a tylenol Generic. I was told that as long as im alive the Severe Pains Will Come and go. I have a Permanent Scar on My head. When i went to bond Court An Investigator came out and took Pictures of My wrist and staples in My head My wrist were very tender and had Multiple lacerations and black rings around Them. I left Jackson Park Hospital In Moderate condition. All Officers wore Body Cameras But they were not Active. And They were Supposed to Be Active. I would like legal Representation Also

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Devontae Honey would like relief. for Pain and suffering Police Brutality, excessive force, and failure to serve and Protect In the sum of 1,000,000 $ for the long term Damage I Received for the rest of my life I will have these headaches I was not Having Before Police Contact. I would like Justice So that this doesn't Happen to Anyone Else. I would like these officers To Be held accountable for their actions.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21 day of July, 20 18

_Devontae Honey_
(Signature of plaintiff or plaintiffs)

Devontae Honey
(Print name)

Y26154
(I.D. Number)

4017 E 2603 Rd
(Address)

Devontae Honey
Y26154
Sheridan Correctional Center
4017. E 2603 Rd.
Sheridan IL 60551

1:18-cv-05861
Judge Sara L. Ellis
Magistrate Judge M. David Weisman
PC-5

.42
8/13

US District Court
Northern District of IL, East Division
214 South Dearborn 20th Floor
Chicago IL, 60604

08/27/2018-16

ZIP 61764
011D12603888

US POSTAGE $000.42⁰
Hasler
08/22/2018

CORRESPONDENCE
FROM AN INMATE OF
ILLINOIS DEPT
OF CORRECTIONS

THIS CORRESPONDENCE IS

LEGAL MAIL



Legal Mail

